# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Rokelia Brown,

       Plaintiff,                        Civil No. 09-2156 (RHK/AJB)

vs.                                  **DISQUALIFICATION AND**
                                       **ORDER FOR REASSIGNMENT**

Johnson & Johnson, et al.,

       Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 18, 2009

                                                             s/Richard H. Kyle
                                                             RICHARD H. KYLE
                                                             United States District Judge